IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| M.D., an individual | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 9:26-CV-00205 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| G6 HOSPITALITY PROPERTY, LLC | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING MEDIATION AND REQUEST TO APPOINT MEDIATOR**

Before the Court is Plaintiff's Unopposed Motion to Stay Proceedings Pending Mediation and Request to Appoint Mediator. [Dkt. 4]. Plaintiff files the present motion requesting the Court appoint the Honorable Erin Lunceford (Ret.) as mediator to facilitate settlement discussions in this matter and to stay this case until January 4, 2027 pending mediation and settlement discussions. After considering Plaintiff's unopposed motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Plaintiff's Unopposed Motion to Stay Proceedings Pending Mediation and Request to Appoint Mediator [Dkt. 4] is hereby **GRANTED**. The Court **STAYS** this matter until **January 4, 2027** and hereby **APPOINTS** the Honorable Erin Lunceford as mediator to facilitate settlement discussions. The Parties are **ORDERED** to contact Judge Lunceford's office directly to schedule any mediation conference. Judge Lunceford's email is erinlunceford@gmail.com and her telephone number is 713/906-6722.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**.

It is further **ORDERED** that the Parties' shall file a Joint Status Report on or before **January 5, 2027** advising the Court of the status of this matter.

This case shall remain **STAYED** until a further order from this Court.

**SIGNED this 7th day of July, 2026.**

Michael J. Truncale
United States District Judge